UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00092-MMD-VPC |
|---|---|
| Plaintiff, | |
| v. | |
| JIM VUE, *et al*, | |
| Defendants. | |

On December 2, 2016, the Court issued an Order to Show Cause, directing Jim Vue's counsel to show cause as to why the Court should not impose sanctions for his delay in filing the motion to suppress. (ECF No. 46.) Counsel's response offered explanations for the delay. (ECF No. 96.) Having reviewed counsel's response, the Court is satisfied that counsel articulated valid reasons for the delay. Counsel has therefore complied with the Order to Show Cause and sanctions will not be imposed.

DATED THIS 17th day of January 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE